# Exhibit C



CLEARY, JOSEM & TRIGIANI LLP
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA  19106
215.735.9099
Fax: 215.640.3201
www.cjtlaw.org
E-Mail: labor@cjtlaw.org

**Jeremy E. Meyer**
jmeyer@cjtlaw.org
Admitted in PA and NJ

October 21, 2020

Comfort Auto Group NY, LLC.
dba Chrysler, Jeep, Dodge Ram & Fiat/Bayridge
8825 5TH Avenue
Brooklyn  NY  11209

Re:   UAW Local 259 Social Security Department

To Whom It May Concern:

This office represents the UAW Local 259 Social Security Department (the "Fund"). As you know, Comfort Auto Group NY, LLC d/b/a Chrysler, Jeep, Dodge Ram & Fiat/Bayridge (the "Employer") is a party to a collective bargaining agreement with the UAW Local 259 which requires it to submit monthly reports and contributions to the Fund on behalf of both union employees and certain non-union employees. Such reports and payments are due on the 25th day of the month preceding the month of health coverage. Delinquent contributions accrue interest, calculated on a daily basis at six percent (6%) per annum, and liquidated damages equal to twenty percent (20%) of the delinquent principal.

It has come to my attention that the Employer failed to submit both the reports and payments that were due on February 25, 2020 for union employees, and the reports and payments due on March 25, 2020 for both union and non-union employees. Based on the Employer's contribution history, the Fund estimates that a total principal of $38,831.46 would be due for those months, which will accrue $$1,549.76 in interest by November 10, 2020 (20 days from today's date) and has already accrued $7,766.29 in liquidated damages, for a total of **$48,147.52** due and owing. (See enclosed chart) If you have not already paid this amount, you must do so immediately making the check payable to: U.A.W. Local 259 Benefit Funds, c/o Zenith American Solutions, 140 Sylvan Avenue, Suite 303, Englewood Cliffs, NJ 07632.

Unless full payment is received within twenty (20) days from the date of this letter, the Fund intends to take legal action to collect those amounts without further notice. In such an action, the Fund would be entitled to claim, not only the above amount, but also additional ongoing interest on those amounts, liquidated damages, and reasonable attorneys' fees and costs. See 29 U.S.C. §1132(g)(2)(A)-(D).

Comfort Auto Group NY, LLC.
dba Chrysler, Jeep, Dodge Ram & Fiat/Bayridge
October 21, 2020
Page 2

We sincerely hope that these steps will not be necessary and that you will send the delinquent amounts plus interest immediately. Should you have any questions, please contact the undersigned.

Very truly yours,

JEREMY E. MEYER
Enclosure
cc:    Marylou Gartland (by email, w/encl)

**UAW 259 Benefit Funds**
**Comfort Auto**

Interest Rate       6%
Calc date       11/10/20

**Health Fund (Social Security Department)**

| Coverage month | Due Date | BU Employees | non-BU Employees | Total Principal | Interest | Liquid. Dmgs | Total |
|---|---|---|---|---|---|---|---|
| March 2020 | 2/25/20 | $17,120.34 |  | $17,120.34 | $728.90 | $3,424.07 | $21,273.31 |
| April 2020 | 3/25/20 | $17,120.34 | $4,590.78 | $21,711.12 | $820.86 | $4,342.22 | $26,874.20 |
| Total: |  | $34,240.68 | $4,590.78 | $38,831.46 | $1,549.76 | $7,766.29 | $48,147.52 |